**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| James A. Bartholomew and Lighthouse Management Group, Inc., as Receiver for Lakeland Construction Finance, LLC, | Court File No. 09-CV-01279 (MJD-AJB) |
| Plaintiffs, | **PLACEHOLDER FOR PLAINTIFFS'MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL** |
| vs. | |
| Avalon Capital Group, Inc., | |
| Defendant. | |

---

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

- **PLAINTIFFS'MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason:

 X  Item Under Seal pursuant to a court order*(Document number of protective order: 40 )

\* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).