**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| James A. Bartholomew and Lighthouse Management Group, Inc., as Receiver for Lakeland Construction Finance, LLC,<br><br>     Plaintiffs,<br><br> vs.<br><br>Avalon Capital Group, Inc.,<br><br>     Defendant. | Court File No. 09-CV-01279 (MJD-AJB)<br><br>**PLACEHOLDER FOR AFFIDAVIT OF LL. RHYDDID WATKINS IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND CERTIFICATION OF ATTEMPT TO RESOLVE MATTER AND EXHIBITS A-SS TO AFFIDAVIT OF LL. RHYDDID WATKINS** |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

- **AFFIDAVIT OF LL. RHYDDID WATKINS IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND CERTIFICATION OF ATTEMPT TO RESOLVE MATTER**

- **EXHIBITS A-SS TO AFFIDAVIT OF LL. RHYDDID WATKINS**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

X Item Under Seal pursuant to a court order* (Document number of protective order:40 )

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).