# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES A. BARTHOLOMEW and LIGHTHOUSE MANAGEMENT GROUP, INC., as Receiver for Lakeland Construction Finance, LLC<br><br>                                        Plaintiffs<br><br>v.<br><br>AVALON CAPITAL GROUP, INC.<br><br>                                        Defendant. | PLACEHOLDER FOR AFFIDAVIT OF MEREDITH JENKINS LAVAL IN SUPPORT OF DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AND EXHIBITS A THROUGH E<br><br>Case Number: 99-cv-1279-MJD-AJB |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**AFFIDAVIT OF MEREDITH JENKINS LAVAL IN SUPPORT OF DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AND EXHIBITS A THROUGH E**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___   Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___   Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___   Physical Object (description):

___   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

X     Item Under Seal pursuant to a court order* (Document number of protective order:  Docket #40)

___   Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
            (Document number of redacted version: ___ )

___   Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

3711444v1